760

Commonwealth *v*. McCleaf, Appellant.

Submitted June 8, 1970.  *Robert W. Geigley*, for appellant; *Oscar F. Spicer*, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v*. Markowski, Appellant.

Submitted June 8, 1970.  *Bruce S. Miller*, Assistant Public Defender, for appellant; *Jerry B. Chariton*, Assistant District Attorney, *Charles D. Lemmond, Jr.*, First Assistant District Attorney, and *Blythe H. Evans, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v*. Markowski, Appellant.

Submitted June 8, 1970.  *Bruce S. Miller*, Assistant Public Defender, and *Peter J. Webby*, Public Defender, for appellant; *Jerry B. Chariton*, Assistant District Attorney, *Charles D. Lemmond, Jr.*, First Assistant District Attorney, and *Blythe H. Evans, Jr.*, District Attorney, for Commonwealth, appellee.

Order affirmed.